# United States Court of Appeals

## For the Eighth Circuit

_____

No. 17-1785

_____

Wa'il Muhannad

*Plaintiff - Appellant*

v.

Doug Peterson, in his official capacity as Attorney General of the State of Nebraska

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: March 16, 2018
Filed: April 13, 2018
[Unpublished]

_____

Before BENTON, MURPHY, and KELLY, Circuit Judges.

_____

PER CURIAM.

Wa'il Muhannad appeals the district court[1] order granting defendant's motion to dismiss his 42 U.S.C. § 1983 complaint asserting violations of his constitutional

_____

[1]The Honorable John M. Gerrard, United States District Judge for the District of Nebraska.

rights.[2] Upon careful de novo review, we find no basis for reversal. See Hughes v. City of Cedar Rapids, 840 F.3d 987, 991, 994 (8th Cir. 2016) (de novo review of determination of party's standing, and of dismissal for failure to state claim). Accordingly, the judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____

[2]Muhannad also raised a claim under the Religious Land Use and Institutionalized Persons Act, but his brief does not address this claim. See Chay-Velasquez v. Ashcroft, 367 F.3d 751, 756 (8th Cir. 2004) (claim is waived if not meaningfully argued in opening brief).